UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| ELI INZLICHT-SPREI, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>SCRIPPS NETWORKS INTERACTIVE, INC., JARL MOHN, NICHOLAS B. PAUMGARTEN, JEFFREY SAGANSKY, RONALD W. TYSOE, GINA L. BIANCHINI, MICHAEL R. COSTA, PHILIP I. KENT, KENNETH W. LOWE, DONALD E. MEIHAUS, RICHELLE P. PARHAM, MARY MCCABE PEIRCE, and WESLEY W. SCRIPPS,<br><br>Defendants. | Civil Action No.: 3:17-cv-00420 |

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41 (a)(1)(A)(i)

**PLEASE TAKE NOTICE** that Plaintiff Eli Inzlicht-Sprei files this notice of voluntary dismissal without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Defendants have not filed an Answer or moved for summary judgment. A class has not been certified. No compensation has been rendered to Plaintiff in return for this dismissal. Plaintiff has not previously dismissed an action based on or including the same claims as presented in this instant action.

DATED: October 12, 2017

                                            **BRANSTETTER, STRANCH & JENNINGS, PLLC**

                                            By: */s/ J. Gerard Stranch, IV*
                                                  J. Gerard Stranch, IV
                                                  The Freedom Center

223 Rosa L. Parks Avenue, Suite 200
Nashville, TN 37203
Telephone: (615) 254-8801
Facsimile: (615) 255-5419
Email: gstranch@bsjfirm.com

**GAINEY McKENNA & EGLESTON**
Thomas J. McKenna
Gregory M. Egleston
440 Park Avenue South
New York, NY 10016
Telephone: (212) 983-1300
Facsimile: (212) 983-0383
Email: tjmckenna@gme-law.com
Email: gegleston@gme-law.com

*Attorneys for Plaintiff*